

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,124

**EX PARTE JOHN FRANK BARNETT, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1110071 IN THE 232ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of cocaine in an amount weighing more than 1 gram and less than 4 grams and was sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that he is actually innocent based on a newly-available lab report indicating that the cocaine weighed .94 grams. Based on this lab report, the trial court concluded that Applicant has established by clear and convincing evidence that no reasonable juror would have

convicted him of the offense of possession of cocaine in an amount weighing more than 1 gram and less than 4 grams. The trial court recommended that this Court grant relief. We agree. The judgment in Case No. 1110071 from the 232nd Judicial District Court of Harris County is set aside, and Applicant is remanded to the custody of the Harris County Sheriff to answer the charges against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: April 1, 2009
Do Not Publish